# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Todd A. Schroeder,<br><br>         Plaintiff,<br><br>vs.<br><br>Electrical Workers Local No. 292<br>Defined Contribution and 401(k)<br>Plan and New York Life Investment<br>Management LLC,<br>         Defendants. | Case No.: 10-CV-4634-PAM/JSM<br><br>**<u>ORDER</u>** |

The above-entitled matter came duly on before the undersigned Judge by way of a Joint Motion to Dismiss Action with Prejudice.

The Court having reviewed the submission made on behalf of the parties and having found that the parties have settled this dispute by way of a Settlement Agreement and Release, hereby dismisses this action with prejudice.

The Joint Motion to Dismiss Action with prejudice is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  June  3,  2011           By:  s/Paul A. Magnuson
                                       Paul A. Magnuson
                                       United States District Court Judge

1